Steven R. TURNER, Relator,

v.

EVTAC MINING, and CNA
ClaimsPlus, Respondents,

and

Iron Range Rehab Center, and
Orthopaedic Associates of
Duluth, P.A., Intervenors.

No. A06–1195.

Supreme Court of Minnesota.

Nov. 22, 2006.

Diana L. Brennan, Brennan Law Office,
Inver Grove Hts., MN, for Relator.

Thomas F. Coleman, Cousineau
McGuire Chartered, Minneapolis, MN, for
Respondents.

ORDER

PAUL H. ANDERSON, Associate Justice.

Based upon all the files, records and
proceedings herein,

IT IS HEREBY ORDERED that the
decision of the Workers' Compensation
Court of Appeals filed May 25, 2006, be,
and the same is, affirmed without opinion.
See Hoff v. Kempton, 317 N.W.2d 361, 366
(Minn.1982) (explaining that, [s]ummary
affirmances have no precedential value because
they do not commit the court to any
particular point of view, doing no more
than establishing the law of the case).